Commonwealth *v.* Eastern Diversified Metals
Corporation, Appellant.

Argued May 22, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

612

William P. Thorn, with him Wolf, Block, Schorr and Solis-Cohen, for appellant.

Edward T. Baker, Deputy Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, July 2, 1973:
Order of the Commonwealth Court affirmed.